## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| FEDERAL TRADE COMMISSION | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **CIVIL ACTION NO.:** |
| | ) | **1:04-CV-3294-CAP** |
| NATIONAL UROLOGICAL GROUP, | ) | |
| INC., et al., | ) | |
| | ) | |
| **Defendants.** | ) | |

## DEFENDANT HI-TECH PHARMACEUTICALS, INC.'S
## MOTION FOR SUMMARY JUDGMENT

Defendant Hi-Tech Pharmaceuticals, Inc. ("Hi-Tech"), by and through

its undersigned counsel, submits this Motion for Summary Judgment

pursuant to Federal Rule of Civil Procedure 56 and Local Rule 56.1 on the

grounds that no genuine issue of material fact exists as to the Federal Trade

Commission's ("FTC") claims against Hi-Tech.

Accordingly, Hi-Tech is entitled to judgment as a matter of law on

each of the FTC's claims.  As factual basis for this motion, Hi-Tech relies on

pleadings and papers filed in this action, the facts obtained through

discovery, and Defendant's Statement of Undisputed Material Facts (and

cited evidence) filed in support of this motion.

A LCC 600692 v1
2171318-000001

Hi-Tech respectfully requests that this motion be granted, and that the

FTC's claims against it be dismissed with prejudice in their entirety.

Respectfully submitted this 24th day of August, 2007.

| | |
|---|---|
| /s/ Edmund J. Novotny, Jr. | /s/ Timothy M. Fulmer |
| **Edmund J. Novotny, Jr.** | **Timothy M. Fulmer** |
| **L. Clint Crosby** | NATTER & FULMER, P.C. |
| **Damany F. Ransom** | 3800 Colonnade Parkway |
| BAKER, DONELSON, BEARMAN, | Suite 450 |
| CALDWELL & BERKOWITZ, P.C. | Birmingham, AL   35243 |
| Six Concourse Parkway, Suite 3100 | COUNSEL FOR National Urological |
| Atlanta, Georgia  30328 | Group, Inc., NUG Pharmaceuticals, |
| Telephone:  (678) 406-8700 | Inc., National Institute for Clinical |
| Facsimile:  (678) 406-8701 | Weight Loss, Inc. |
| Email:  ednovotny@bakerdonelson.com | |
|        ccrosby@bakerdonelson.com | |
|        dransom@bakerdonelson.com | |

A LCC 600692 v1
2171318-000001

## <u>CERTIFICATE OF COMPLIANCE</u>

The undersigned counsel certifies the foregoing document has been prepared with one of the font and point selections (Times New Roman, 14 point) approved by the court in local rule 5.1 (C) and 7.1 (D).

This 24th day of August, 2007.

/s/ Edmund J. Novotny, Jr.
Edmund J. Novotny, Jr.
GA Bar No. 547338
Counsel for Defendant
Hi-Tech Pharmaceuticals, Inc.

BAKER DONELSON BEARMAN
CALDWELL & BERKOWITZ, P.C.
Six Concourse Parkway
Suite 3100
Atlanta, Georgia  30328
Telephone:  (678) 406-8700
Facsimile:  (678) 406-8701
Email:       ednovotny@bakerdonelson.com

3

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| **FEDERAL TRADE COMMISSION** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **CIVIL ACTION NO.:** |
| | ) | **1:04-CV-3294-CAP** |
| **NATIONAL UROLOGICAL GROUP,** | ) | |
| **INC., et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Defendant Hi-Tech Pharmaceuticals, Inc. Motion for Summary Judgment has been electronically filed and a Court-issued Notice has been electronically mailed to the following counsel of record:

**Tawana E. Davis**
**Sydney M. Knight**
**Edward Glennon**
**William E. Kovacic**
Federal Trade Commission
601 New Jersey Avenue, NW
Room NJ-3202
Washington, D.C.  20580

**Cindy A. Liebes**
Federal Trade Commission
Federal Trade Commission,
Southeast Region
225 Peachtree Street, Room 1500
Atlanta, GA 30303

4

A LCC 600692 v1
2171318-000001

**Timothy M. Fulmer**
Natter & Fulmer, P.C.
3800 Colonnade Parkway
Suite 450
Birmingham, AL   35243
COUNSEL FOR National Urological
Group, Inc., NUG Pharmaceuticals, Inc.,
National Institute for Clinical Weight
Loss, Inc.

**Thomas J. Spina**
Fawal & Spina
1330 21st Way South, Suite 200
Birmingham, AL  35205
COUNSEL FOR Thomasz Holda

**Jerome J. Froelich, Jr.**
McKenney & Froelich
Two Midtown Plaza
1349 West Peachtree Street
Atlanta, GA  30309
COUNSEL FOR Thomasz Holda

**Brett M. Bloomston**
Bloomston & Callaway
1330 21st Way South
Suite G-10
Birmingham, AL  35205
(205) 212-9700 (Telephone)
COUNSEL FOR Stephen Smith

**Bruce S. Harvey**
**Jennifer Sullivan Hanson**
Office of Bruce S. Harvey
146 Nassau Street, N.W.
Atlanta, GA  30303-2009
COUNSEL FOR Mark Wright, M.D.,
and Stephen Smith

**J. Stephen Salter**
100 Age Herald Building
2107 5th Avenue North
Birmingham, AL  35203
(205) 252-9751 (Telephone)
COUNSEL FOR Jared Wheat

**Kimberly Alice Dymecki**
Office of Kimberly Alice Dymecki
146 Nassau Street
Atlanta, GA  30303
COUNSEL FOR Jared Wheat

**[SIGNATURE ON FOLLOWING PAGE]**

5

A LCC 600692 v1
2171318-000001

This 24th day of August, 2007.

/s/ Edmund J. Novotny, Jr.
Edmund J. Novotny, Jr.
GA Bar No. 547338
Counsel for Defendant
Hi-Tech Pharmaceuticals, Inc.

BAKER DONELSON BEARMAN
CALDWELL & BERKOWITZ, P.C.
Six Concourse Parkway
Suite 3100
Atlanta, Georgia  30328
Telephone:   (678) 406-8700
Facsimile:   (678) 406-8701
Email:        ednovotny@bakerdonelson.com

6

A LCC 600692 v1
2171318-000001