RECEIVED IN CLERK'S OFFICE
U.S.D.C. Atlanta

AUG 2 8 2007

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL UROLOGICAL GROUP, INC., et al.<br><br>Defendants. | FILED IN CLERK'S OFFICE<br>U.S.D.C. Atlanta<br><br>AUG 28 2007<br><br>JAMES N. HATTEN, CLERK<br>By: _____ Deputy Clerk<br><br>1:04-CV-3294-CAP |

## PLAINTIFF'S NOTICE OF FILING ORIGINAL TRANSCRIPTS OF DEPOSITIONS

PLEASE TAKE NOTICE that, in connection with the filing of Plaintiff's Motion For Summary Judgment, Plaintiff, Federal Trade Commission, by and through its undersigned attorneys, has filed with the Court the following original transcripts of depositions:

1. Transcript of Deposition of Defendant Jared Wheat (Volumes 1-3).

2. Transcript of Deposition of Defendant Thomasz Holda.

3. Transcript of Deposition of Defendant Stephen Smith.

4. Transcript of Deposition of Defendant Terrill Mark Wright, M.D.

5. Transcript of Deposition of Timothy S. Gaginella, Ph.D.

Dated: August 27, 2007                    Respectfully submitted,

s/ Sydney Knight, Esq.
TAWANA E. DAVIS
SYDNEY M. KNIGHT
MARY L. JOHNSON
FEDERAL TRADE COMMISSION
601 New Jersey Ave., NW,
Rm NJ-3255
Washington, D.C. 20580
Tel.: (404) 656-1359
Fax: (404) 656-1379
Attorneys for the Plaintiff

s/ Cindy A. Liebes, Esq.
CINDY A. LIEBES (Bar No. 451976)
FEDERAL TRADE COMMISSION
SOUTHEAST REGION
225 Peachtree Street, Room 1500
Atlanta, GA 30303
Tel.: (404) 656-1359
Fax: (404) 656-1379
Attorney for the Plaintiff

## CERTIFICATE OF COMPLIANCE

The undersigned counsel certifies that the foregoing document has been prepared with one of the font and point selections (Book Antigua, 13 point) approved by the court in local rule 5.1(C) and 7.1(D).

Dated: August 27, 2007.

s/ Sydney M. Knight
Sydney M. Knight

FEDERAL TRADE COMMISSION
601 New Jersey Avenue, NW,
Room NJ-3212
Washington, D.C. 20580
Tel.: (202) 326-2162;
Fax: (202) 326-3259;
Email: sknight@ftc.gov

## CERTIFICATE OF SERVICE

I, Sydney M. Knight, hereby certify that on the 27th day of August 2007, I have filed electronically, PLAINTIFF'S NOTICE OF FILING ORIGINAL TRANSCRIPTS OF DEPOSITIONS using the CM/ECF system which will automatically send email notification of such filing to all attorneys of record in this case who are CM/ECF participants:

>Timothy Fulmer, Esq.
>Joseph P. Schilleci, Esq.
>Natter & Fulmer, P.C.
>3800 Colonnade Parkway, Suite 450
>Birmingham, Alabama 35243
>Counsel for National Urological Group, Inc.,
>National Institute for Clinical Weight Loss, Inc., and
>Hi-Tech Pharmaceuticals, Inc.

>Edmund J. Novotny Jr., Esq.
>L. Clint Crosby, Esq.
>Baker Donelson Bearman Caldwell & Berkowitz, P.C.
>Six Concourse Parkway, Suite 3100
>Atlanta, Georgia 30328
>Counsel for National Urological Group, Inc., National Institute for
>Clinical Weight Loss, Inc., and Hi-Tech Pharmaceuticals, Inc.

>J. Stephen Salter, Esq.
>100 Age Herald Building
>2107 Fifth Avenue North
>Birmingham, AL 35203
>Counsel for Jared Wheat

Kimberly Dymecki, Esq.
146 Nassau Street
Atlanta, GA 30303
Counsel for Jared Wheat

Thomas J. Spina, Esq.
Fawal & Spina
1330 21st Way South, Suite 200
Birmingham, AL 35205
Counsel for Thomasz Holda

Jerome Froelich, Esq.
McKenney & Froelich
1349 West Peachtree Street
Two Midtown Plaza, Suite 1250
Atlanta, GA 30309
Counsel for Thomasz Holda

Brett Bloomston, Esq.
Bloomston & Callaway
1330 21st Way South
Suite G-10
Birmingham, AL 35205
Counsel for Stephen Smith

Bruce S. Harvey, Esq.
Jennifer Hanson, Esq.
146 Nassau Street, N.W.
Atlanta, GA 30303
Counsel for Terrill Mark Wright, M.D.

                    s/ Sydney M. Knight
                    Sydney M. Knight
                    FEDERAL TRADE COMMISSION
                    601 New Jersey Avenue, NW,
                    Room NJ-3212
                    Washington, D.C. 20580
                    Tel.: (202) 326-2162;
                    Fax: (202) 326-3259
                    Email: sknight@ftc.gov