UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

_____
FEDERAL TRADE COMMISSION,       )
                                )
         Plaintiff,             )
                                )
                                )
    v.                          )
                                )
NATIONAL UROLOGICAL GROUP, INC., et al. )
                                )    1:04-CV-3294-CAP
         Defendants.            )
                                )
_____)

### ORDER PROHIBITING FURTHER FILINGS RELATING TO THE FEDERAL TRADE COMMISSION'S MOTION FOR AN ORDER TO SHOW CAUSE AND MOTION TO MODIFY JUDGMENT

On November 1, 2011, the Federal Trade Commission filed its Motion for an Order to Show Cause Why Contempt Defendants Hi-Tech Pharmaceuticals, Jared Wheat, and Stephen Smith Should Not Be Held in Contempt for Violating the Final Judgment and Permanent Injunction (Dkt. No. 332) and Motion to Modify Final Judgment and Permanent Injunction Against National Urological Group, Inc., Hi-Tech Pharmaceuticals, Inc., Jared Wheat, Thomasz Holda, and Stephen Smith (Dkt. No. 333).  Those matters having been fully briefed in accordance with the provisions of Local Rule 7.1 and submitted to this Court for consideration on December 22, 2011, it is hereby **ORDERED** that no party shall

file further papers relating to either motion unless it has sought leave of the Court to do so or upon further order of this Court.

**IT IS SO ORDERED**, this __1st__ day of ____May____, 2012.

/s/Charles A. Pannell, Jr.
United States District Judge