IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,      )<br>                    Plaintiff,      )<br>     v.                             )<br>                                    )<br>NATIONAL UROLOGICAL GROUP, INC., )<br>et al.,                             )<br>                    Defendants,    )<br>          and                      )<br>                                    )<br>ELAVON GLOBAL ACQUIRING SOLUTIONS, )<br>                                    )<br>                    Garnishee.     )<br>                                    ) | 1:04-CV-3294-CAP |

**FINAL DISPOSITION ORDER IN GARNISHMENT**

This cause came to be heard upon the Plaintiff, FTC, Motion for Entry of Final Disposition Order in Garnishment Against Elavon Global Acquiring Solutions. A Writ of Garnishment, directed to Elavon Global Acquiring Solutions ("Garnishee"), has been duly issued and served upon the Garnishee. Pursuant to the Writ of Garnishment, the Garnishee filed an Answer stating that as of the date of the Answer of Garnishee the Garnishee maintained two merchant card processing accounts established by Hi Tech Pharmaceuticals, Inc., ending in *8791 and *8809, containing $195,000.00. In addition, the Answer of Garnishee stated that Garnishee maintained an account for National Urological Group, Inc.,

1

ending in *8684, containing $135,000.00.  Both Hi Tech Pharmaceuticals, Inc. and National Urological Group, Inc. are judgment debtors in this matter.  No objections and no requests for a hearing have been filed.

IT IS HEREBY ORDERED that pursuant to 28 U.S.C. § 3205(c)(7), the Garnishee, Elavon Global Acquiring Solutions, shall disburse all funds which the Garnishee is holding pursuant to the Writ of Continuing Garnishment, including but not necessarily limited to those funds in the amount of $195,000.00 held in the Hi Tech Pharmaceuticals, Inc. account and the funds in the amount of $135,000.00 held in the National Urological account to the Federal Trade Commission, 600 Pennsylvania Avenue, Stop M-8102B, Washington, DC 20580.  The Garnishee shall contact counsel for the Federal Trade Commission, Stephen Dowdell, at 202-326-2814 for directions concerning the transfer of the funds.

SO ORDERED this  June 14, 2012

/s/Charles A. Pannell, Jr.
CHARLES A PANNELL, JR.
U.S. DISTRICT COURT JUDGE