IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

**FEDERAL TRADE COMMISSION,**

    **Plaintiff**

V                                                                 CIVIL ACTION FILE NO.

**NATIONAL UROLOGICAL GROUP,**        1:04-CV-3294-CAP
**INC., et al.,**

    **Defendants**

### DEFENDANT DR. TERRILL MARK WRIGHT'S MOTION TO CONTINUE PRETRIAL CONFERENCE

COMES NOW the Defendant DR. TERRILL MARK WRIGHT, by and through undersigned counsel; and, respectfully moves this Court to enter an Order continuing the upcoming pretrial conference in the above-captioned matter. In support thereof, Defendant shows as follows:

1. On Monday, September 23, 2013, the law office of undersigned counsel received notice of a pretrial conference scheduled for October 10, 2013 at 10:00 a.m. in the above-captioned matter.

2. Undersigned counsel is currently in Paris, France, where his wife, a professional artist, is having some of her work exhibited at an art show entitled "Americans Paint Paris" at the Atelier Z Art Gallery. Undersigned will be out of the country from September 16, 2013 – October 19, 2013.

3. Additionally, undersigned counsel is a guest speaker, as well as a co-host, of the annual CLE seminar aboard a GalaxSea cruise ship from November 9, 2013 – November 17, 2013.

4. Undersigned's legal assistant, when preparing Leaves of Absence for the forgoing time periods, inadvertently failed to file one in this matter.

5. Notice of the upcoming pretrial conference was not received by the law office of undersigned until after he was already in France.

6. Undersigned is lead counsel for Dr. Mark Wright in this matter; and, none of the members of his law firm have any knowledge of the case to be able to appear and represent Dr. Wright at the pretrial conference as it is currently scheduled.

WHEREFORE, based upon the within and foregoing, the Defendant respectfully requests that this Court continue the pretrial conference to another date between October 21 and November 5 or after November 27, 2013.

                                          Respectfully submitted,

                                          s/ Bruce S. Harvey
                                          LAW OFFICE OF BRUCE S. HARVEY
                                          ATTORNEYS FOR DEFENDANT
                                          Bruce S. Harvey, #335175

146 Nassau Street
Atlanta, Georgia 30303
(404) 659-4628

## **CERTIFICATE OF SERVICE**

I hereby certify that the above document was electronically filed using the CM/ECF system and was served upon the following counsel of record via electronic mail on this the 25th day of September, 2013.

| | |
|---|---|
| Amanda C. Basta<br>Federal Trade Commission<br>600 Pennsylvania Avenue, N.W.<br>Mailstop M-8102B<br>Washington, D.C. 20580 | Cindy A. Liebes<br>Federal Trade Commission<br>Southeast Region<br>225 Peachtree St, Rm 1500<br>Atlanta, Georgia 30303 |
| Arthur W. Leach<br>5780 Windward Pkwy,<br>Suite 225<br>Alpharetta, Georgia 30005 | Stephen Murrin<br>Murrin & Wallace, LLC<br>1875 Old Alabama Road, Suite 320<br>Roswell, Georgia  30076 |
| Jack Wenik<br>Sills Cummis & Gross P.C.<br>One Riverfront Plaza<br>Newark, New Jersey 07102 | E. Vaughn Dunnigan<br>E. Vaughn Dunnigan, P.C.<br>2897 N. Druid Hills Rd, Ste 142<br>Atlanta, Georgia 30329-3924 |

Respectfully submitted,

s/ Bruce S. Harvey
LAW OFFICE OF BRUCE S. HARVEY
ATTORNEYS FOR DEFENDANT
Bruce S. Harvey, #335175

146 Nassau Street
Atlanta, Georgia 30303
(404) 659-4628