# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

### 1:04-cv-03294-CAP
### Federal Trade Commission v. National Urological Group, Inc. et al
### Honorable Charles A. Pannell, Jr.

Minute Sheet for proceedings held In Open Court on 01/21/2014.

TIME COURT COMMENCED: 10:05 A.M.
TIME COURT CONCLUDED: 4:45 P.M.     COURT REPORTER: Debra Bull
TIME IN COURT: 4:55                 DEPUTY CLERK: Y. Martin
OFFICE LOCATION: Atlanta

| | |
|---|---|
| ATTORNEY(S) PRESENT: | Amanda Basta representing Federal Trade Commission<br>E. Dunnigan representing Hi-Tech Pharmaceuticals, Inc.<br>E. Dunnigan representing Jared Wheat<br>Bruce Harvey representing Terrill Mark Wright<br>Amanda Kostner representing Federal Trade Commission<br>Arthur Leach representing Hi-Tech Pharmaceuticals, Inc.<br>Arthur Leach representing Jared Wheat<br>Stephen Murrin representing Stephen Smith<br>Jack Wenik representing Hi-Tech Pharmaceuticals, Inc.<br>Jack Wenik representing Jared Wheat |
| PROCEEDING CATEGORY: | Bench Trial Began; |
| MOTIONS RULED ON: | [561]Motion to Alter Judgment TAKEN UNDER ADVISEMENT<br>[562]Motion to Alter Judgment TAKEN UNDER ADVISEMENT |
| MINUTE TEXT: | Bench Trial on Pla's Motion for sanctions [Doc. No. 446]. Opening statements by counsel. Pla's evidence: Ronald D. Lewis, Stephen Smith sworn & testified. Pla's exhs 1-2, 7-9, 11-34, 36-38, 41-77, 79-84, 86-87, 89-92, 93-106, 109, 113-114, 116, 117, 119, 123-158, 203-215, 218-226, 228-282, 283-290, admitted. Dfts evidence: Victor Kelley, Michelle Harris, Jared Wheat, sworn & testifed. Dfts exh 58 admitted. Exh #58 (DIsk) played. |
| HEARING STATUS: | Hearing not concluded. Court adjourned and will reconvene at 10:00 a.m.. |