# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

### 1:04-cv-03294-CAP
### Federal Trade Commission v. National Urological Group, Inc. et al
### Honorable Charles A. Pannell, Jr.

Minute Sheet for proceedings held In Open Court on 01/23/2014.

TIME COURT COMMENCED: 9:40 A.M.
TIME COURT CONCLUDED: 3:00 P.M.     COURT REPORTER: Debra Bull
TIME IN COURT: 3:50                  DEPUTY CLERK: Y. Martin
OFFICE LOCATION: Atlanta

| | |
|---|---|
| ATTORNEY(S) PRESENT: | Amanda Basta representing Federal Trade Commission<br>E. Dunnigan representing Hi-Tech Pharmaceuticals, Inc.<br>E. Dunnigan representing Jared Wheat<br>Bruce Harvey representing Terrill Mark Wright<br>Amanda Kostner representing Federal Trade Commission<br>Arthur Leach representing Hi-Tech Pharmaceuticals, Inc.<br>Arthur Leach representing Jared Wheat<br>Stephen Murrin representing Stephen Smith<br>Jack Wenik representing Hi-Tech Pharmaceuticals, Inc.<br>Jack Wenik representing Jared Wheat |
| PROCEEDING CATEGORY: | Bench Trial Continued; |
| MOTIONS RULED ON: | [561]Motion to Alter Judgment TAKEN UNDER ADVISEMENT<br>[562]Motion to Alter Judgment TAKEN UNDER ADVISEMENT |
| MINUTE TEXT: | Contempt Hrg.: Testimony of Jared Wheat resumed. Pla's exhs 35,39,40,165-169,292-296 admitted. Dfts exhs 8 & 89 admitted by pla. Plas exhs 295 & 296 admitted as to dfts Wheat & Smith but reserved as to dft Wright. Dfts exhs 100, 101 admitted. Edmund Novotny, Patrick Jacobs, James Hart, sworn & testified. Dfts exh 65 admitted. |
| HEARING STATUS: | Hearing not concluded. Court adjourned and will reconvene at 9:30 a.m.. |