# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:04-cv-03294-CAP
## Federal Trade Commission v. National Urological Group, Inc. et al
## Honorable Charles A. Pannell, Jr.

Minute Sheet for proceedings held In Open Court on 01/24/2014.

TIME COURT COMMENCED: 9:35 A.M.
TIME COURT CONCLUDED: 12:10 P.M.    COURT REPORTER: Debra Bull
TIME IN COURT: 2:30    DEPUTY CLERK: Y. Martin
OFFICE LOCATION: Atlanta

| | |
|---|---|
| ATTORNEY(S) PRESENT: | Amanda Basta representing Federal Trade Commission<br>E. Dunnigan representing Hi-Tech Pharmaceuticals, Inc.<br>E. Dunnigan representing Jared Wheat<br>Bruce Harvey representing Terrill Mark Wright<br>Amanda Kostner representing Federal Trade Commission<br>Arthur Leach representing Hi-Tech Pharmaceuticals, Inc.<br>Arthur Leach representing Jared Wheat<br>Stephen Murrin representing Stephen Smith<br>Jack Wenik representing Hi-Tech Pharmaceuticals, Inc.<br>Jack Wenik representing Jared Wheat |
| PROCEEDING CATEGORY: | Bench Trial Concluded |
| PLEADINGS FILED IN COURT: | Supplemental Stipulations of Fact, filed. |
| MOTIONS RULED ON: | [561]Motion to Alter Judgment TAKEN UNDER ADVISEMENT<br>[562]Motion to Alter Judgment TAKEN UNDER ADVISEMENT |
| MINUTE TEXT: | Contempt Hrg.: James Hart testimony, resumed. Plas exhs 88,121,122 298 admitted. Dfts exhs 1, 2, 3, 5-23, 25-43,58-62, 64-66, 71-99, 65a admitted. Plas exhs 173-202 rejected. Dfts 69-70 rejected. Plas exh 295 & 296 previously reserved are now also admitted as to dft Wright. Parties are to file any briefs, findings of fact & conclusions of law 19 days after filing of transcripts, but no later than March 15, 2014. |
| HEARING STATUS: | Hearing Concluded |