FILED IN OPEN COURT
U.S.D.C. Atlanta

JAN 2 4 2014

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO.: |
| ) | 1:04-CV-3294-CAP |
| ) | |
| NATIONAL UROLOGICAL GROUP, ) | |
| INC., et al., ) | |
| ) | |
| Defendants. ) | |

## SUPPLEMENTAL STIPULATIONS OF FACT

7)   As of January 22, 2014, approximately $3,779,303.35 of the $15.9 million judgment entered by the Court against Hi-Tech Pharmaceuticals, Inc., Jared Wheat, Thomasz Holda, and Stephen Smith remains outstanding. In addition, the following amounts: (i) $175,000 (Dkt. No. 423), (ii) $24,907.99 (Dkt. 595); (iii) $15,540.60 (Dkt. 593) and (iv) $525,595.15 (Dkt. 607) have been garnished subject to duly issued writs of garnishment but not yet disbursed.

8)   On September 20, 2012, Hi-Tech Pharmaceuticals, Inc. submitted a check to the Federal Trade Commission in the amount of $150,000.00. See Dkt. No. 476-4 at 22. The $150,000 payment remitted by Hi-Tech Pharmaceuticals,

Inc., is included in the calculation of the outstanding judgment amount described above.

Dated: January 23, 2014

Respectfully submitted,

s/ Amanda C. Basta
AMANDA C. BASTA
abasta@ftc.gov
AMANDA B. KOSTNER
akostner@ftc.gov
FEDERAL TRADE COMMISSION
600 Pennsylvania Avenue, N.W.
Mailstop M-8102B
Tel: 202-326-2340 (Basta)
      202-326-2880 (Kostner)
Attorneys for Plaintiff

s/ Jack Wenik
JACK WENIK
Sills Cummis & Gross, P.C.
One Riverfront Plaza
Newark, NJ 07102
Tel: 973-643-5268
jwenik@sillscummis.com
Counsel for Defendants Hi-Tech
Pharmaceuticals, Inc. and Jared Wheat

s/ Cindy A. Liebes
CINDY A. LIEBES (Bar No. 451976)
FEDERAL TRADE COMMISSION
SOUTHEAST REGION
225 Peachtree Street, Room 1500
Atlanta, GA 30303
Tel: 404-656-1359
Attorney for Plaintiff

s/ E. Vaughn Dunnigan
E. VAUGHN DUNNIGAN
Georgia Bar No. 234350
2897 N. Druid Hills Rd., Ste. 142
Atlanta, GA 30329-3294
Tel: 404-982-7796
evdunnigan@hotmail.com
Counsel for Defendants Hi-Tech
Pharmaceuticals, Inc. and Jared Wheat

s/ Arthur W. Leach
ARTHUR W. LEACH
Georgia Bar No. 442025
5780 Windward Parkway, Suite 225
Alpharetta, GA 30005
Tel: 404-786-6443
art@artleach.com
Counsel for Defendants Hi-Tech
Pharmaceuticals, Inc. and Jared Wheat

s/ Steve Murrin
STEVE MURRIN
Georgia Bar No. 532325
MURRIN & WALLACE, LLC
1875 Old Alabama Road, Suite 230
Roswell, GA 30076
Tel: 404-221-0777
smurrin@murrinandwallace.com
Counsel for Defendant Stephen Smith

s/ Bruce S. Harvey
BRUCE S. HARVEY
Law Offices of Bruce S. Harvey
146 Nassau Street
Atlanta, GA 30303
Tel: 404-659-4628
bruce@bruceharveylawfirm.com
Counsel for Defendant Dr. Mark Wright