# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| **FEDERAL TRADE COMMISSION,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. |
| | ) | 1:04-CV-3294-CAP |
| | ) | |
| **NATIONAL UROLOGICAL GROUP, INC., et al.,** | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

## MOTION FOR PARTIAL RELIEF FROM THE COURT'S DECEMBER 18, 2008 FINAL JUDGMENT PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 60(B)5 AND 60(B)(6)

Come now Defendants Jared Wheat and Hi-Tech Pharmaceuticals, Inc., by and through undersigned counsel, and move the Court for partial relief from the Court's December 18, 2008 Final Judgment and Permanent Injunction (Doc. 230) pursuant to Federal Rules of Civil Procedure 60(b)(5) and 60(b)(6). The grounds for this motion are set forth in the accompanying Memorandum of Law in support of the motion and the Declaration of Jack Wenik, Esq. A proposed Order also accompanies this Motion.

Respectfully submitted this 28th day of April, 2014.

s/ Jack Wenik
Sills Cummis & Gross P.C.
One Riverfront Plaza
Newark, New Jersey 07102
Telephone: (973) 643-5268
Email: jwenik@sillscummis.com

s/ E. Vaughn Dunnigan
Georgia Bar No. 234350
E. Vaughn Dunnigan, P.C.
2897 N. Druid Hills Road, Suite 142
Atlanta, GA 30329
Telephone: (404) 982-7796
Email: evdunnigan@hotmail.com

s/ Arthur W. Leach
Georgia Bar No. 442025
5780 Windward Parkway, Suite 225
Alpharetta, Georgia 30005
Telephone: (404) 786-6443
E-mail: art@arthurleach.com
*Attorneys for the Contempt Defendants Jared Wheat and Hi-Tech Pharmaceuticals, Inc.*