IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action |
| ) | No. 1:04-CV-3294-CAP |
| NATIONAL UROLOGICAL ) | |
| GROUP, INC., et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

## NOTICE OF APPEAL

Notice is hereby given that Contempt Defendants Jared Wheat, Hi-Tech Pharmaceuticals, Inc., and Stephen Smith hereby appeal to the United States Court of Appeals for the Eleventh Circuit from the District Court's September 2, 2014 Order imposing sanctions on Mr. Wheat and Mr. Smith and ordering injunctive relief related to the recall of Hi-Tech Pharmaceuticals, Inc.'s products (Doc. 726). The September 2, 2014 order is an immediately appealable order under 28 U.S.C. § 1292(a)(1) and *Drummond Co. v. Dist. 20, United Mine Workers*, 598 F.2d 381, 383 (5th Cir. 1979).

Respectfully submitted on this 4th day of September, 2014,

1

  /s/ E. Vaughn Dunnigan
E. Vaughn Dunnigan
  Georgia Bar No. 234350
E. Vaughn Dunnigan, P.C.
2897 N. Druid Hills Road, Suite 142
Atlanta, GA 30329
Telephone: (404) 982-7796
Email: evdunnigan@hotmail.com

  /s/ Jack Wenik
Jack Wenik
Sills Cummis & Gross P.C.
One Riverfront Plaza
Newark, New Jersey 07102
Telephone: (973) 643-5268
Email: jwenik@sillscummis.com

  /s/ Arthur W. Leach
Arthur W. Leach
  Georgia Bar No. 442025
5780 Windward Parkway, Suite 225
Alpharetta, Georgia 30005
Telephone: (404) 786-6443
E-mail: art@arthurleach.com

*Attorneys for the Contempt Defendants Jared Wheat and Hi-Tech Pharmaceuticals, Inc.*

  /s/ Steve Murrin
Georgia Bar No. 532425
Murrin & Wallace, LLC
1875 Old Alabama Rd., Suite 230
Roswell, GA 30076
Telephone: (404) 688-6600
E-mail: smurrin@murrinandwallace.com

3

*Attorney for Contempt Defendant Steve Smith*

## CERTIFICATE OF COMPLIANCE WITH LR 5.1C

Pursuant to Local Rules 5.1(C) and 7.1(D), I hereby certify that this Notice of Appeal and was prepared in Microsoft Word using 14-point Times New Roman font.

      /s/ E. Vaughn Dunnigan
E. Vaughn Dunnigan
Georgia Bar No. 234350

## **CERTIFICATE OF SERVICE**

I hereby certify that the above document was electronically filed using the CM/ECF system and was served upon all counsel of record on this the 4th day of September, 2014.

   /s/ E. Vaughn Dunnigan
E. Vaughn Dunnigan
Georgia Bar No. 234350