**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

FEDERAL TRADE COMMISSION,

                Plaintiff,

vs.

NATIONAL UROLOGICAL GROUP,
INC., ET AL.,

                Defendants.

CIVIL ACTION FILE

NO. 1:04-CV-03294-CAP

## F I N A L   J U D G M E N T

This action having come before the court, Honorable Charles A. Pannell, Jr., Senior United States District Judge, for consideration, it is

**Ordered and Adjudged** that the Federal Trade Commission recover from Defendants Hi-Tech Pharmaceuticals, Inc., Jared Wheat, and Stephen Smith, jointly and severally, the amount of $40,000,950.00 plus post-judgment interest at the rate of 1.42% per annum; and defendant Terrill Mark Wright the amount of $120,000.00 plus post-judgment interest at the rate of 1.42% per annum**.** The injunction entered on December 16, 2008, will remain in effect.

Dated at Atlanta, Georgia, this 31st day of October, 2017.

                             JAMES N. HATTEN
                             CLERK OF COURT

                    By:     s/Don Stanhope
                          Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
October 31, 2017
James N. Hatten
Clerk of Court

By:    s/Don Stanhope
       Deputy Clerk