UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FILED IN CLERK'S OFFICE
S.D.C. - Atlanta
DEC 23 2019
JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

| | |
|---|---|
| FEDERAL TRADE COMMISSION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| NATIONAL UROLOGICAL GROUP, INC., et al., ) | 1:04-CV-3294-CAP |
| ) | |
| Defendants, ) | |
| ) | |
| And ) | |
| ) | |
| HANMI BANK, ) | |
| ) | |
| Garnishee. ) | |
| ) | |

## ANSWER OF THE GARNISHEE FORM

I, __Bonnie P. Dougherty__ (Declarant), as the

__legal Officer__ (Title of Declarant) of Garnishee,

__Hanmi Bank__ (Garnishee's official name)

BEING DULY SWORN DEPOSE AND SAY:

1. Choose one as applicable:

☐ GARNISHEE IS AN INDIVIDUAL

Garnishee is or was doing business in name of _____

1

☐ GARNISHEE IS A PARTNERSHIP OR TRUST.

Declarant is the _____ (Title) of a partnership or trust known as _____ which is registered in the State of _____.

☐ GARNISHEE IS A GOVERNMENTAL ENTITY.

Declarant is the _____ (title of declarant) of the _____ (official name of government entity) with a principal office located at _____.

☒ GARNISHEE IS A CORPORATION.

Declarant is the __legal officer__ (title of declarant) of the __Hanmi Bank__ (corporation name), which is organized under the laws of the State of __California__.

2. The Garnishee may be contacted through the following individual, at the following telephone number(s), and with the following identifying information:

_____

_____

2

3. On the 16th day of December, 20 19, Garnishee was served with the Writ of Continuing Garnishment.

4. Declarant states the following regarding the subject of the Writ:

Yes  No
___  _✓_  The Garnishee has custody, control or possession of the following property in which the Judgment debtor maintains an interest, including funds, accounts, monies, stock, or earnings of the Judgment debtor, as described below:

| Description of Property | Approximate Value | Description of Debtor's Interest of Property |
|---|---|---|
| (1) | | |
| (2) | | |
| (3) | | |
| (4) | | |

5. Declarant states the following regarding whether there **is** any other garnishment currently in effect as to the property. **If the a**nswer is yes, the declarant describes the other action below.

Yes  No
___  _✓_

_____

_____

_____

3

6. Garnishee anticipates owing to the judgment-debtor in the future, the following property including funds, accounts, monies, stock, or earnings of the Judgment debtor:

Yes No
___ _V_

| Amount | Estimate Date or Period Due |
|---|---|
| (1) $ | |
| (2) $ | |
| (3) $ | |
| (4) $ | |

7. Check the applicable line below if you DENY that you hold property subject to this order of garnishment.

____ The Garnishee has the following objections, defenses, or set-offs to the Federal Trade Commission's right to the claimed property of the Judgment debtor:

_____
_____

____ The Judgment debtor has account(s) at this institution. However, the account(s) currently contain no assets. The Garnishee, ___ _____, will forward assets as they become available in the account(s).

_✓_ The Garnishee is in no manner and upon no account indebted or under liability to the Judgment debtor, and the Garnishee does not have in Garnishee's possession or control any property belonging to

4

the Judgment debtor, or in which the Garnishee has an interest; and is in no manner liable as Garnishee in this action for the following reasons(s): _____

_____

8. Garnishee delivered the Answer to the Clerk of Court for the Northern District of Georgia at: 2211 United States, Courthouse, 75 Ted Turner Drive, SW, Atlanta, GA 30303. The Garnishee mailed a copy of this Answer by first-class mail to the Judgment debtor, Hi-Tech Pharmaceuticals, Inc., 6015 B Unity Drive, Norcross, GA 30071 and to Crystal D. Ostrum, Federal Trade Commission, 600 Pennsylvania Avenue, NW, Mailstop CC-9528, Washington, DC 20580.

x _Annie Cunglot_
Representative of Garnishee

_legal officer_
(Title)

_3660 Wilshire Blvd Ph-A Los Angeles CA 90010_
(Address)

_(213) 368-3204_
(Telephone Number)

Subscribed and sworn before
me this _17th_ day of _December_ 20_19_.
Notary Public

(SEAL)  " Please see attached "    My Commission expires:

5

## ATTACHMENT TO ANSWER OF GARNISHEE

The Original Answer (and checks or money order **upon entry of the Court's Final Disposition Order**) must be mailed to:

Clerk of Court, Northern District of Georgia
2211 United States Courthouse
75 Ted Turner Drive, SW
Atlanta, GA 30303

A copy of the answer must also be delivered to:

Federal Trade Commission
600 Pennsylvania Avenue, NW
Mailstop CC-9528
Washington, DC 20580
Attn: Crystal D. Ostrum

A copy of the answer must be sent to the Judgment debtor:

Hi-Tech Pharmaceuticals, Inc.
6015 B Unity Drive
Norcross, GA 30071

6

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of California

Subscribed and sworn to (or affirmed) before me on this 17th day of December, 20 19, by _____ Bonnie P. Dougherty _____,
proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

FLORA H. LIM
Notary Public – California
Los Angeles County
Commission # 2203293
My Comm. Expires Jun 30, 2021

(Seal)                                   Signature _____