12/16/2019-CIBML02-0716

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta
DEC 30 2019
JAMES N. HATTEN, Clerk
By: Deputy Clerk

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FEDERAL TRADE COMMISSION,

Plaintiff,

v.

NATIONAL UROLOGICAL GROUP, INC., et al.,

Defendants,

And

FIFTH THIRD BANK,

Garnishee.

1:04-CV-3294-CAP

## ANSWER OF THE GARNISHEE FORM

I, SHELBY BREED (Declarant), as the GARNISHMENT SPECIALIST (Title of Declarant) of Garnishee, FIFTH THIRD BANK (Garnishee's official name)

BEING DULY SWORN DEPOSE AND SAY:

1. Choose one as applicable:

☐ GARNISHEE IS AN INDIVIDUAL

Garnishee is or was doing business in name of ______________________

☐ GARNISHEE IS A PARTNERSHIP OR TRUST.

Declarant is the ______________________ (Title) of a partnership or trust known as __________________________ which is registered in the State of _____________.

☐ GARNISHEE IS A GOVERNMENTAL ENTITY.

Declarant is the _________________________ (title of declarant) of the ______________________ (official name of government entity) with a principal office located at _____________________________.

☒ GARNISHEE IS A CORPORATION.

Declarant is the GARNISHMENT SPECIALIST (title of declarant) of the FIFTH THIRD BANK (corporation name), which is organized under the laws of the State of OHIO.

2. The Garnishee may be contacted through the following individual, at the following telephone number(s), and with the following identifying information:

SHELBY BREED - 513-358-9355

12/16/2019-CIBML02-0716

3. On the 16TH day of DECEMBER 2019, Garnishee was served with the Writ of Continuing Garnishment.

4. Declarant states the following regarding the subject of the Writ:

| Yes | No | |
|---|---|---|
| ___ | X | The Garnishee has custody, control or possession of the following property in which the Judgment debtor maintains an interest, including funds, accounts, monies, stock, or earnings of the Judgment debtor, as described below: |

NO OPEN ACCOUNTS

| | Description of Property | Approximate Value | Description of Debtor's Interest of Property |
|---|---|---|---|
| (1) | N/A | N/A | N/A |
| (2) | | | |
| (3) | | | |
| (4) | | | |

5. Declarant states the following regarding whether there is any other garnishment currently in effect as to the property. If the answer is yes, the declarant describes the other action below.

| Yes | No | |
|---|---|---|
| ___ | X | N/A NO OPEN ACCOUNTS |

6. Garnishee anticipates owing to the judgment-debtor in the future, the following property including funds, accounts, monies, stock, or earnings of the Judgment debtor:

| Yes | No | |
|---|---|---|
| ___ | X | NO OPEN ACCOUNTS |

| | Amount | Estimate Date or Period Due |
|---|---|---|
| (1) | $ ________ | ________ |
| (2) | $ ________ | ________ |
| (3) | $ ________ | ________ |
| (4) | $ ________ | ________ |

7. Check the applicable line below if you DENY that you hold property subject to this order of garnishment.

____ The Garnishee has the following objections, defenses, or set-offs to the Federal Trade Commission's right to the claimed property of the Judgment debtor:

________________________________________

________________________________________

________________________________________

_____ The Judgment debtor has account(s) at this institution. However, the account(s) currently contain no assets. The Garnishee, ___ ________________, will forward assets as they become available in the account(s).

X The Garnishee is in no manner and upon no account indebted or under liability to the Judgment debtor, and the Garnishee does not have in Garnishee's possession or control any property belonging to

12/16/2019-CIBML02-0716

the Judgment debtor, or in which the Garnishee has an interest; and is in no manner liable as Garnishee in this action for the following reasons(s): NO OPEN ACCOUNTS

8. Garnishee delivered the Answer to the Clerk of Court for the Northern District of Georgia at: 2211 United States, Courthouse, 75 Ted Turner Drive, SW, Atlanta, GA 30303. The Garnishee mailed a copy of this Answer by first-class mail to the Judgment debtor, Hi-Tech Pharmaceuticals, Inc., 6015 B Unity Drive, Norcross, GA 30071 and to Crystal D. Ostrum, Federal Trade Commission, 600 Pennsylvania Avenue, NW, Mailstop CC-9528, Washington, DC 20580.

SHELBY BREED
Representative of Garnishee

GARNISHMENT SPECIALIST
(Title)

5050 KINGSLEY DRIVE CINCINNATI, OH 45263
(Address)

PH: 513-358-9355
F: 513-358-1279
(Telephone Number)

Subscribed and sworn before me this 24th day of December 2019
Notary Public

(SEAL)

My Commission expires: 7/18/2023



**ATTACHMENT TO ANSWER OF GARNISHEE**

The Original Answer (and checks or money order **upon entry of the Court's Final Disposition Order**) must be mailed to:

Clerk of Court, Northern District of Georgia
2211 United States Courthouse
75 Ted Turner Drive, SW
Atlanta, GA 30303

A copy of the answer must also be delivered to:

Federal Trade Commission
600 Pennsylvania Avenue, NW
Mailstop CC-9528
Washington, DC 20580
Attn: Crystal D. Ostrum

A copy of the answer must be sent to the Judgment debtor:

Hi-Tech Pharmaceuticals, Inc.
6015 B Unity Drive
Norcross, GA 30071

FIFTH THIRD BANK
Fifth Third Center
Cincinnati, OH 45263

CERTIFIED MAIL



7018 0360 0000 0309 7233

U.S. POSTAGE PITNEY BOWES
ZIP 45263 $ 006.95
02 1W
0001390524 DEC 26 2019

Clerk of Court, Northern Dist. of Georgia
2211 United States Courthouse
75 Ted Turner Drive, SW
Atlanta, GA 30303

CLEARED DEC 30 2019 U.S. Marshals Atlanta Ga

30303$3330 C035