FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

DEC 30 2019

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| NATIONAL UROLOGICAL GROUP, INC., et al., ) | 1:04-CV-3294-CAP |
| ) | |
| Defendants, ) | |
| ) | |
| And ) | |
| ) | |
| SunTrust Bank, ) | |
| ) | |
| Garnishee. ) | |

**ANSWER OF THE GARNISHEE FORM**

I, __K. Davis_____ (Declarant), as the

__Operations Analyst__ (Title of Declarant) of Garnishee,

__SunTrust Bank_____ (Garnishee's official name)

BEING DULY SWORN DEPOSE AND SAY:

1. Choose one as applicable:

☐ GARNISHEE IS AN INDIVIDUAL

Garnishee is or was doing business in name of _____

1

☐ GARNISHEE IS A PARTNERSHIP OR TRUST.

Declarant is the _____ (Title) of a partnership or trust known as _____ which is registered in the State of _____.

☐ GARNISHEE IS A GOVERNMENTAL ENTITY.

Declarant is the _____ (title of declarant) of the _____ (official name of government entity) with a principal office located at _____.

☑ GARNISHEE IS A CORPORATION.

Declarant is the __V. Davis__ (title of declarant) of the __SunTrust Bank__ (corporation name), which is organized under the laws of the State of __Georgia__.

2. The Garnishee may be contacted through the following individual, at the following telephone number(s), and with the following identifying information:

__877-220-9402  Fax: ~~(800)~~ 844-468-4431__

2

3. On the 15th day of December, 2019, Garnishee was served with the Writ of Continuing Garnishment.

4. Declarant states the following regarding the subject of the Writ:

Yes  No
___  ✓   The Garnishee has custody, control or possession of the following property in which the **Judgment** debtor maintains an interest, **including funds**, accounts, **monies**, stock, or earnings of the Judgment debtor, as described below:

| | Description of Property | Approximate Value | Description of Debtor's Interest of Property |
|---|---|---|---|
| (1) | | | |
| (2) | | | |
| (3) | | | |
| (4) | | | |

5. Declarant states the following regarding whether there is any other garnishment currently in effect as to the property. If the answer is yes, the declarant describes the other action below.

Yes  No
___  ✓

_____
_____
_____

3

6. Garnishee anticipates owing to the judgment-debtor in the future, the following property including funds, accounts, monies, stock, or earnings of the Judgment debtor:

Yes ___  No ✓

| Amount | Estimate Date or Period Due |
|---|---|
| (1) $ _____ | _____ |
| (2) $ _____ | _____ |
| (3) $ _____ | _____ |
| (4) $ _____ | _____ |

7. Check the applicable line below if you DENY that you hold property subject to this order of garnishment.

_____ The Garnishee has the following objections, defenses, or set-offs to the Federal Trade Commission's right to the claimed property of the Judgment debtor:

_____
_____
_____

_____ The Judgment debtor has account(s) at this institution. However, the account(s) currently contain no assets. The Garnishee, ___ _____, will forward assets as they become available in the account(s).

✓ The Garnishee is in no manner and upon no account indebted or under liability to the Judgment debtor, and the Garnishee does not have in Garnishee's possession or control any property belonging to

4

the Judgment debtor, or in which the Garnishee has an interest; and is in no manner liable as Garnishee in this action for the following reasons(s): _Hugh Hi-Tech Pharmaceuticals Acct ending 1803 Closed prior to garnishment on 8/25/2009_

8. Garnishee delivered the Answer to the Clerk of Court for the Northern District of Georgia at: 2211 United States, Courthouse, 75 Ted Turner Drive, SW, Atlanta, GA 30303. The Garnishee mailed a copy of this Answer by first-class mail to the Judgment debtor, Hi-Tech Pharmaceuticals, Inc., 6015 B Unity Drive, Norcross, GA 30071 and to Crystal D. Ostrum, Federal Trade Commission, 600 Pennsylvania Avenue, NW, Mailstop CC-9528, Washington, DC 20580.

_____
Representative of Garnishee
_Operations Analyst_
(Title)
_7455 Chancellor Dr. Orlando Fl 32809_
(Address)
_877-220-9402_
(Telephone Number)

Subscribed and sworn before me this _20_ day of _Dec_ 20_19_
Notary Public

(SEAL)

My Commission expires:



DEBBIE WALLACE
Notary Public - State of Florida
Commission # GG 020745
My Comm. Expires Aug 23, 2020
Bonded through National Notary Assn.

5



SunTrust Bank
FL-ORLANDO-7136
P.O. BOX 620577
ORLANDO FL 32862-0577



CLEARED
DEC 3 0 2019
U.S. Marshals
Atlanta, GA

JAX FLA DSA 333

NORTHERN DISTRICT OF GEORGIA
2211 UNITED STATES COURTHOUSE
75 TED TURNER DR SW
ATLANTA GA 30303

Presort
First Class Mail
ComBasPrice

U.S. POSTAGE ≫ PITNEY BOWES
ZIP 32809 $ 000.38
02 4W
0000365843 DEC 24 2019

036 KARGASB 30303      75 TED TURNER DR SW #2211 30303