UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

JAN -3 2020

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

FEDERAL TRADE COMMISSION, )
)
Plaintiff, )
)
v )
)
NATIONAL UROLOGICAL GROUP, INC., et al., )   1:04-CV-3294-CAP
)
Defendants, )
)
And )
)
JP MORGAN CHASE BANK, N.A., )
)
Garnishee. )

## ANSWER OF THE GARNISHEE FORM

I, ____VIVIANE GUERRA____ (Declarant), as the

____Doc Review Sr Specialist II____ (Title of Declarant) of Garnishee,

____JPMORGAN CHASE BANK NA____ (Garnishee's official name)

BEING DULY SWORN DEPOSE AND SAY

1.  Choose one as applicable:

☐ GARNISHEE IS AN INDIVIDUAL

Garnishee is or was doing business in name of _____

1

☐ GARNISHEE IS A PARTNERSHIP OR TRUST

Declarant is the _____ (Title) of a partnership or trust known as _____ which is registered in the State of _____.

☐ GARNISHEE IS A GOVERNMENTAL ENTITY

Declarant is the _____ (title of declarant) of the _____ (official name of government entity) with a principal office located at _____.

☑ GARNISHEE IS A CORPORATION

Declarant is the __Doc Review Sr Specialist II__ (title of declarant) of the __JPMORGAN CHASE BANK NA__ (corporation name), which is organized under the laws of the State of __TEXAS__.

2. The Garnishee may be contacted through the following individual, at the following telephone number(s), and with the following identifying information:

JP MORGAN CHASE BANK NA        866-578-7022

PO BOX 183164
COLUMBUS, OH 43218-3164

2

3.  On the 16 day of DECEMBER, 20 19, Garnishee was served with the Writ of Continuing Garnishment.

4.  Declarant states the following regarding the subject of the Writ:

Yes   No
___   ✓   The Garnishee has custody, control or possession of the following property in which the Judgment debtor maintains an interest, including funds, accounts, monies, stock, or earnings of the Judgment debtor, as described below:

ACCOUNTS CLOSED

|     | Description of Property | Approximate Value | Description of Debtor's Interest of Property |
|-----|------------------------|-------------------|---------------------------------------------|
| (1) | N/A                    | N/A               | N/A                                         |
| (2) |                        |                   |                                             |
| (3) |                        |                   |                                             |
| (4) |                        |                   |                                             |

5.  Declarant states the following regarding whether there is any other garnishment currently in effect as to the property  If the answer is yes, the declarant describes the other action below

Yes   No
___   ✓

6. Garnishee anticipates owing to the judgment-debtor in the future, the following property including funds, accounts, monies, stock, or earnings of the Judgment debtor

Yes ___  No ✓

| Amount | Estimate Date or Period Due |
|---|---|
| (1) $ | |
| (2) $ | |
| (3) $ | |
| (4) $ | |

7  Check the applicable line below if you DENY that you hold property subject to this order of garnishment.

___ The Garnishee has the following objections, defenses, or set-offs to the Federal Trade Commission's right to the claimed property of the Judgment debtor

_____

_____

___ The Judgment debtor has account(s) at this institution. However, the account(s) currently contain no assets. The Garnishee, ___ _____, will forward assets as they become available in the account(s).

✓ The Garnishee is in no manner and upon no account indebted or under liability to the Judgment debtor, and the Garnishee does not have in Garnishee's possession or control any property belonging to

4

the Judgment debtor, or in which the Garnishee has an interest; and is in no manner liable as Garnishee in this action for the following reasons(s): ACCOUNTS CLOSED

8. Garnishee delivered the Answer to the Clerk of Court for the Northern District of Georgia at: 2211 United States, Courthouse, 75 Ted Turner Drive, SW, Atlanta, GA 30303. The Garnishee mailed a copy of this Answer by first-class mail to the Judgment debtor, Hi-Tech Pharmaceuticals, Inc., 6015 B Unity Drive, Norcross, GA 30071 and to Crystal D. Ostrum, Federal Trade Commission, 600 Pennsylvania Avenue, NW, Mailstop CC-9528, Washington, DC 20580.

Representative of Garnishee  12/24/19
VIVIANE GUERRA
Doc Review Sr Specialist II
(Title)

POBOX 183164, COLUMBUS, OH 43218
(Address)

866-578-7022
(Telephone Number)

Subscribed and sworn before me this 24 day of Dec 20 19
Notary Public

(SEAL) 

My Commission expires:

State of Texas
County of Bexar
Physically Appeared

CRISTINA TREJO
Notary ID #129965563
My Commission Expires
September 22, 2022

5

CHASE
JPMorgan Chase Bank, N.A.
PO Box 183164
Columbus, OH 43218-3164

PRESORTED
FIRST CLASS
U.S. POSTAGE » PITNEY BOWES
ZIP 78258 $ 000.41
02 4W
0000367930 DEC 31 2019

D/S 2234

CLEARED
U.S. Marshals
Atlanta, GA

CLERK OF COURT, NORTHERN DISTRICT OF (
2211 UNITED STATES COURTHOUSE 75 TED TU
ATLANTA, GA 30303

5 LNJ-NAB  30303