FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

DEC 1 0 2019

JAMES N. HATTEN, Clerk
By: [signature] Deputy Clerk

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| NATIONAL UROLOGICAL GROUP, INC., et al., ) | |
| ) | 1:04-CV-3294-CAP |
| Defendants, ) | |
| ) | |
| And ) | |
| ) | |
| TOUCHMARK NATIONAL BANK, ) | |
| ) | |
| Garnishee. ) | |

## APPLICATION FOR WRIT OF CONTINUING GARNISHMENT

The Federal Trade Commission, an independent agency of the United States government, applies in accordance with 28 U.S.C. § 3205(b)(1) to the Clerk of Court for the Northern District of Georgia to issue a Writ of Continuing Garnishment upon the judgment entered against the defendant Hi-Tech Pharmaceuticals, Inc. ("Hi-Tech"), (hereafter referred to as "the Judgment debtor"), whose last known address is:

1

WHEREFORE, the Federal Trade Commission requests that the clerk issue a Writ of Continuing Garnishment to the garnishee.

Dated this 6th day of December, 2019.

Respectfully submitted,

CRYSTAL D. OSTRUM
ATTORNEY

*/s/ Crystal D. Ostrum*

CRYSTAL D. OSTRUM
costrum@ftc.gov
FEDERAL TRADE COMMISSION
600 Pennsylvania Avenue, NW
Mailstop CC-9528
Washington, DC 20580
Tel.: (202) 326-3405
Fax: (202) 326-3197

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>NATIONAL UROLOGICAL GROUP, INC., et al., )<br>)<br>Defendants, )<br>)<br>And )<br>)<br>TOUCHMARK NATIONAL BANK, )<br>)<br>Garnishee. )<br>_____ ) | 1:04-CV-3294-CAP |

## WRIT OF CONTINUING GARNISHMENT

TO:  Touchmark National Bank
3651 Old Milton Parkway
Alpharetta, GA 30005

The Federal Trade Commission has filed an Application for Writ of Continuing Garnishment against the property of Hi-Tech Pharmaceuticals, Inc., (hereafter referred to as "the Judgment debtor") in accordance with 28 U.S.C. § 3205.

1

6015 B Unity Drive
Norcross, GA 30071

1. A judgment in the amount of $40,000,950 plus costs and post-judgment interest at the rate of 1.42% per annum, was entered, jointly and severally, against the Judgment debtor, Jared Wheat, and Stephen Smith on or about October 31, 2017 (Dkt. No. 969). The judgment balance as of December 3, 2019 is $41,188,331.62.

2. The Federal Trade Commission demanded payment of the judgment debt from the Judgment debtor not less than 30 days before the date of this application, and the Judgment debtor has failed to satisfy the debt.

3. Based on the information in its possession, the Federal Trade Commission believes that the Garnishee has money, accounts, funds or property of the Judgment debtor in its possession, custody or control, and said property is a nonexempt interest of the Judgment debtor subject to garnishment.

The name and address of the garnishee is:

Touchmark National Bank
3651 Old Milton Parkway
Alpharetta, GA 30005

2




December 23, 2019

Clerk of Court, Northern District of Georgia

Federal Trade Commission

Re: Federal Trade Commission v. National Urological Group

To Whom It May Concern:

Please find this letter as an official response to the garnishment set forth against National Urological Group. Touchmark National Bank has no financial or lending relationship with National Urological Group, Jared Wheat or Hi-Tech Pharmaceuticals, Inc. All relationships were dissolved in the fourth quarter of 2017.

Should you have any questions, please feel free to contact me directly via email or direct call.

Thank you.

Nikki Sullivan

VP Operations /ISO

Touchmark National Bank

Nikki.Sullivanwalker@touchmarknb.com

(770) 407-6725