FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

FEB 1 2 2020

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

FEDERAL TRADE COMMISSION,           )
                                    )
            Plaintiff,              )
                                    )
        v.                          )
                                    )
NATIONAL UROLOGICAL GROUP, INC., et al., )
                                    )
            Defendants,             )
                                    )
        And                         )
                                    )
TRUIST BANK,                        )
                                    )
            Garnishee.              )
                                    )

**1:04-CV-3294-CAP**

Please be advised that Branch Banking and Trust Company ("BB&T") has merged with SunTrust Bank and formed Truist Bank, a North Carolina banking corporation ("Truist").

## ANSWER OF THE GARNISHEE FORM

I, _Malcolm Barrett_ (Declarant), as the

_IRS/Regulatory Specialist_ (Title of Declarant) of Garnishee,

_Truist Bank fka BB&T_ (Garnishee's official name)

BEING DULY SWORN DEPOSE AND SAY:

1.  Choose one as applicable:

☐  GARNISHEE IS AN INDIVIDUAL

Garnishee is or was doing business in name of _____

1

☐ **GARNISHEE IS A PARTNERSHIP OR TRUST.**

Declarant is the _____ (Title) of a partnership or

trust known as _____ which is registered in the State

of _____.

☐ **GARNISHEE IS A GOVERNMENTAL ENTITY.**

Declarant is the _____ (title of declarant) of the

_____ (official name of government entity) with a

principal office located at _____.

☑ **GARNISHEE IS A CORPORATION.**

Declarant is the _IRS Regulatory Specialist_ (title of declarant) of the

_Truist fka BB&T_ (corporation name), which is organized under the

laws of the State of _North Carolina_.

2.    The Garnishee may be contacted through the following individual,

at the following telephone number(s), and with the following identifying

information:

_Malcolm B. (910)272-4247_

_____

_____

2

3.   On the 5 day of February , 2020 Garnishee was served with the Writ of Continuing Garnishment.

4.   Declarant states the following regarding the subject of the Writ:

Yes   No

___  ___   The Garnishee has custody, control or possession of the following property in which the Judgment debtor maintains an interest, including funds, accounts, monies, stock, or earnings of the Judgment debtor, as described below:

| Description of Property | Approximate Value | Description of Debtor's Interest of Property |
|---|---|---|
| (1) | | |
| (2) | | |
| (3) | | |
| (4) | | |

5.   Declarant states the following regarding whether there is any other garnishment currently in effect as to the property.  If the answer is yes, the declarant describes the other action below.

Yes   No

___  ___

_____

_____

_____

6.     Garnishee anticipates owing to the Judgment debtor in the future, the following property including funds, accounts, monies, stock, or earnings of the Judgment debtor:

Yes   (No)

| | Amount | | Estimate Date or Period Due |
|---|---|---|---|
| (1) | $ | | |
| (2) | $ | | |
| (3) | $ | | |
| (4) | $ | | |

7.     Check the applicable line below if you DENY that you hold property subject to this order of garnishment.

_____ The Garnishee has the following objections, defenses, or set-offs to the Federal Trade Commission's right to the claimed property of the Judgment debtor:

_____

_____

_____ The Judgment debtor has account(s) at this institution.  However, the account(s) currently contain no assets.  The Garnishee, ___ _____, will forward assets as they become available in the account(s).

✓  The Garnishee is in no manner and upon no account indebted or under liability to the Judgment debtor, and the Garnishee does not have in Garnishee's possession or control any property belonging to

4

the Judgment debtor, or in which the Garnishee has an interest; and is in no manner liable as Garnishee in this action for the following reasons(s): NO ACCOUNT

8. Garnishee delivered the Answer to the Clerk of Court for the Northern District of Georgia at: 2211 United States, Courthouse, 75 Ted Turner Drive, SW, Atlanta, GA 30303. The Garnishee mailed a copy of this Answer by first-class mail to the Judgment debtor, Jared Wheat, 10304 Papillon Trace, Alpharetta, GA 30022 and to Crystal D. Ostrum, Federal Trade Commission, 600 Pennsylvania Avenue, NW, Mailstop CC-9528, Washington, DC 20580.

Malcolm Barrett
**Representative of Garnishee**
IRS Reg Specialist
**(Title)**
North Carolina
**(Address)**
910-272-4247
**(Telephone Number)**

Subscribed and sworn before me this 7 day of Feb. 2020
Notary Public Jean Marie Taylor

(SEAL) **JEAN MARIE TAYLOR**    My Commission expires: 05-06-2020
Notary Public
Robeson Co., North Carolina
My Commission Expires May 06, 2020

5

## ATTACHMENT TO ANSWER OF GARNISHEE

The Original Answer (and checks or money order upon entry of the Court's Final Disposition Order) must be mailed to:

Clerk of Court, Northern District of Georgia
2211 United States Courthouse
75 Ted Turner Drive, SW
Atlanta, GA 30303

A copy of the answer must also be delivered to:

Federal Trade Commission
600 Pennsylvania Avenue, NW
Mailstop CC-9528
Washington, DC 20580
Attn: Crystal D. Ostrum

A copy of the answer must be sent to the Judgment debtor:

Jared Wheat
10304 Papillon Trace
Alpharetta, GA 30022



**BB&T**

Deposit Operations
PO Box 1489
Lumberton, NC 28359

**Branch Banking and Trust Company**

30303-331661

CERTIFIED MAIL®

9414 8118 9922 0169 6633 53

Clerk of Court, Northern District of Georgia
2211 United States Courthouse
75 Ted Turner Drive, SW
Atlanta GA 30303-3315

CLEARED
FEB 12 2020
U.S. Marshals
Atlanta, GA

$5.750
US POSTAGE
FIRST-CLASS
FROM 28358
FEB 07 2020
stamps
endicia

