UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

FEB 12 2020

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

FEDERAL TRADE COMMISSION, )
)
Plaintiff, )
)
v. )
)
NATIONAL UROLOGICAL GROUP, INC., et al., )
) 1:04-CV-3294-CAP
Defendants, )
)
And )
)
TRUIST BANK, )
)
Garnishee. )

Please be advised that Branch Banking and Trust Company ("BB&T") has merged with SunTrust Bank and formed Truist Bank, a North Carolina banking corporation ("Truist").

## ANSWER OF THE GARNISHEE FORM

I, __Malcolm Barrett__ (Declarant), as the

__IRS/Regulatory Specialist__ (Title of Declarant) of Garnishee,

__Truist Bank f/k/a BB&T__ (Garnishee's official name)

BEING DULY SWORN DEPOSE AND SAY:

1. Choose one as applicable:

☐ GARNISHEE IS AN INDIVIDUAL

Garnishee is or was doing business in name of _____

1

☐ GARNISHEE IS A PARTNERSHIP OR TRUST.

Declarant is the _____ (Title) of a partnership or trust known as _____ which is registered in the State of _____.

☐ GARNISHEE IS A GOVERNMENTAL ENTITY.

Declarant is the _____ (title of declarant) of the _____ (official name of government entity) with a principal office located at _____.

☑ GARNISHEE IS A CORPORATION.

Declarant is the  IRS Regulatory Specialish  (title of declarant) of the  TRUIST Aka BB&T  (corporation name), which is organized under the laws of the State of  North Carolina .

2. The Garnishee may be contacted through the following individual, at the following telephone number(s), and with the following identifying information:

Malcolm B. (910) 272-4247

2

3. On the 5 day of FEBRUARY, 20 20 Garnishee was served with the Writ of Continuing Garnishment.

4. Declarant states the following regarding the subject of the Writ:

(Yes) No

The Garnishee has custody, control or possession of the following property in which the Judgment debtor maintains an interest, including funds, accounts, monies, stock, or earnings of the Judgment debtor, as described below:

| Description of Property | Approximate Value | Description of Debtor's Interest of Property |
|---|---|---|
| (1) Checking Account | $730,533.05 | Affiliated Distribution Inc / Business |
| (2) | | |
| (3) | | |
| (4) | | |

5. Declarant states the following regarding whether there is any other garnishment currently in effect as to the property. If the answer is yes, the declarant describes the other action below.

Yes (No)

3

6. Garnishee anticipates owing to the judgment-debtor in the future, the following property including funds, accounts, monies, stock, or earnings of the Judgment debtor:

Yes ___  (No) ✓

| Amount | Estimate Date or Period Due |
|---|---|
| (1) $ | |
| (2) $ | |
| (3) $ | |
| (4) $ | |

7. Check the applicable line below if you DENY that you hold property subject to this order of garnishment.

_____ The Garnishee has the following objections, defenses, or set-offs to the Federal Trade Commission's right to the claimed property of the Judgment debtor:

_____
_____

_____ The Judgment debtor has account(s) at this institution. However, the account(s) currently contain no assets. The Garnishee, ___ _____, will forward assets as they become available in the account(s).

_____ The Garnishee is in no manner and upon **no** account indebted or under liability to **the Judgment debtor, and** the Garnishee does not have in Garnishee's possession or control any property belonging to

4

the Judgment debtor, or in which the Garnishee has an interest; and is in no manner liable as Garnishee in this action for the following reasons(s): _____

_____

8. Garnishee delivered the Answer to the Clerk of Court for the Northern District of Georgia at: 2211 United States, Courthouse, 75 Ted Turner Drive, SW, Atlanta, GA 30303. The Garnishee mailed a copy of this Answer by first-class mail to the Judgment debtor, Hi-Tech Pharmaceuticals, Inc., 6015 B Unity Drive, Norcross, GA 30071 and to Crystal D. Ostrum, Federal Trade Commission, 600 Pennsylvania Avenue, NW, Mailstop CC-9528, Washington, DC 20580.

Malcolm Barrett
Representative of Garnishee
IRS Reg Specialist
(Title)
North Carolina
(Address)
910-272-4247
(Telephone Number)

Subscribed and sworn before
me this 7 day of Feb 2020
Notary Public Jean Marie Taylor

(SEAL) JEAN MARIE TAYLOR
Notary Public
Robeson Co., North Carolina
My Commission Expires May 06, 2020

My Commission expires: 05-06-2020

5

## ATTACHMENT TO ANSWER OF GARNISHEE

The Original Answer (and checks or money order upon entry of the Court's Final Disposition Order) must be mailed to:

Clerk of Court, Northern District of Georgia
2211 United States Courthouse
75 Ted Turner Drive, SW
Atlanta, GA 30303

A copy of the answer must also be delivered to:

Federal Trade Commission
600 Pennsylvania Avenue, NW
Mailstop CC-9528
Washington, DC 20580
Attn: Crystal D. Ostrum

A copy of the answer must be sent to the Judgment debtor:

Hi-Tech Pharmaceuticals, Inc.
6015 B Unity Drive
Norcross, GA 30071

6



062S0011128816

$5.750
US POSTAGE
FIRST-CLASS
FROM 28358
FEB 07 2020
stamps
endicia

CERTIFIED MAIL®

9414 8118 9922 0169 6632 85

CLEARED
FEB 1 2 2020
U.S. Marshals
Atlanta, GA

Branch Banking and Trust Company

Deposit Operations
PO Box 1489
Lumberton, NC 28359

BB&T

Clerk of Court, Northern District of Georgia
2211 United States Courthouse
75 Ted Turner Drive, SW
Atlanta GA 30303-3315

303038З318 C039